UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE APPLICATION OF EUROCHEM GROUP AG<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | CASE NO. 1:24-mc-00354 |

**DECLARATION OF VLADIMIR TROFIMCHUK IN SUPPORT OF *EX PARTE* APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, VLADIMIR TROFIMCHUK, declare as follows:

1. I was employed by various entities subsidiary to EuroChem Group AG ("EuroChem"), a Swiss entity, as Deputy Head, International Projects Department at EuroChem MCC JSC and Head of International Public Affairs at EuroChem Middle East Trading DMCC. Among other responsibilities, I acted as a contact person for certain outside vendors. I am the primary point of contact for OneSource Services LLC, a Massachusetts entity ("OneSource") which acts as a consultant for EuroChem in various contexts in the United States and globally.

2. I am not employed with any of the companies within EuroChem Group since April 1, 2024. I do not have any duties or obligations toward any of the companies within EuroChem Group.

3. Unless stated otherwise, the facts and matters set out in this declaration are from my own knowledge and are true. Where I set out or make reference to any facts that are not within my own knowledge, I confirm that they are true to the best of my information and belief, and I refer to the source of the information.

4. In this particular case, I received an invoice from the President of OneSource, John Joseph Fitzpatrick. I have worked with Mr. Fitzpatrick over the years and have received invoices from him on behalf of OneSource previously.

5. Here, he sent me email on September 27th, 2023, for $600,000 for a Consulting Agreement extension to perform consulting services. The $600,000 invoice directed that the payment should be sent to the usual OneSource Services LLC TD Bank # 3221 account of OneSource Services LLC in Quincy, Massachusetts. EuroChem has previously paid invoices to that account. Attached hereto as Exhibit 1 is a true and correct copy of the original invoice and email I received from Mr. Fitzpatrick.

6. Shortly thereafter, on that same day, fraudsters by currently unknown means somehow spoofed Mr. Fitzpatrick's e-mail and fraudulently sent me a further email that claimed the previously used wiring information for payment to OneSource at TD Bank was out of date and asking for permission to provide me with updated account information. Attached hereto as Exhibit 2 is a true and correct copy of that email. At the time, I had no knowledge of any fraud involving the invoice, nor did I have any reason to suspect that the fraudulent invoice was not from Mr. Fitzpatrick or that it was not legitimate in any way.

7. I responded to that email, confirming that I was to pay the "updated bill" that I had received "a couple hours ago." I believed I was communicating with Mr. Fitzpatrick but later learned I was apparently communicating with whoever spoofed Mr. Fitzpatrick's account. Attached hereto as Exhibit 3 is a true and correct copy of that email.

8. The spoofer, signing his name as "John," which was the customary way that Mr. Fitzpatrick signed emails sent to me, confirmed that payment should be made to the "attached updated account information." That response included a revised invoice for $600,000 payable to an account at Truist Bank in Wilson, North Carolina, Account # 1210008146207, under the name of OneSource Services LLC, which is an impostor company, apparently located in Hyattsville, Maryland, presumably created solely to perpetrate the fraud, and unrelated to the true

OneSource. True and correct copies of those emails and the fraudulent invoice are attached hereto as Exhibits 4 and 5.

9. On or about September 29th, 2023, as a result of this fraud, I sent this invoice for processing and confirmation to the account manager, who further forwarded the invoice to EuroChem's Treasury and Finance departments, being the persons authorised to approve payments for EuroChem. The Treasury and Finance Departments, without any knowledge of the fraud and without spotting any unusual behaviour, paid the invoice pursuant to the fraudulent wiring instructions to the impostor OneSource Services LLC into their Truist Bank account.

10. A few days later, on October 5th, 2023, Mr. Fitzpatrick inquired with me about the status of payment (which he had not received because it was sent to the fraudsters account, but again which I had no way of knowing at that point). I sent Mr. Fitzpatrick the banking transaction confirmation document showing that the funds had been sent – but of course we then learned they had been sent to the impostor OneSource Services LLC entity at Truist Bank.

11. I understand that Mr. Fitzpatrick immediately called the Truist Bank Fraud Department to report the theft. Although they refused to discuss the transaction because the account was not in Mr. Fitzpatrick's name, they reassured him that they would immediately freeze any and all of that money from that transaction if it was still in that account. The Truist Bank Fraud Case File is # UFO 00000128668.

12. I immediately informed EuroChem's Treasury of the suspected fraud and asked them to act in order to freeze or recall the funds. Upon the request of EuroChem's Treasury, Chase issued a recall notice to Truist and shortly thereafter, EuroChem, through counsel, contacted Truist to attempt to identify the fraudsters and recover the stolen, presumably frozen, funds. Truist was uncooperative despite several further efforts.

13. I understand that Counsel followed up with many phone conferences with the Truist fraud department on November 6 and thereafter, but Truist continued to refuse to provide information. They refused to provide any details but did indicate they would respond to the Chase recall notice within 30-60 days. No response has been received.

14. I also understand that Truist demanded an Indemnity Agreement, holding them harmless, and that the funds were blocked but could not be returned to EuroChem without such an indemnity. Truist did not provide EuroChem with any suggested draft of the Indemnity Agreement. That Indemnity Agreement, drafted by EuroChem with U.S. counsel's help, was sent by Chase to Truist via the SWIFT system on February 2 and was sent directly to Truist by counsel via email that same day. Counsel contacted Truist again by phone and email on February 9.

15. Finally, on February 21, I understand that counsel was able to speak with Truist yet again, and was told that Truist would only deal directly with Chase because hold harmless agreements are bank to bank transactions, and that the Indemnity Agreement previously provided by Applicant was not sufficient. That Indemnity Agreement was provided again to Truist directly from Applicant on April 4, 2024. No response has ever been received, and Truist has not returned the funds.

16. At this point, EuroChem, a Swiss entity, is contemplating pursuing an action in Switzerland against the fraudsters who spoofed the true OneSource email and caused EuroChem to pay the $600,000 to the imposter account at Truist Bank. Eurochem seeks to obtain discovery from Chase and Truist in relation to this fraudulent transfer in order to potentially file an action in Switzerland against the fraudsters, or whatever other third parties may have been involved. The discovery sought will likely lead to the identity of the fraudsters, and/or the banks to which the funds were further transferred, so EuroChem also seeks permission to also serve subpoenas on any relevant third parties discovered through the Chase and Truist subpoenas for use in a potential action in Switzerland.

17. From my own knowledge and from EuroChem's investigation, I am aware that Chase is obviously located in New York.

18. From EuroChem's investigation, I have also learned that Truist Financial Corporation is the parent company of Truist Bank. Truist Bank is one of the 10 largest banks in the US, based on that research, and does business in New York and in New York County (as

shown on the certificate of foreign registration filed with the New York Division of Corporations, attached hereto as Exhibit 6. Its registered agent is CSC which is located at 19 W 44th St Suite 200, New York, NY 10036, United States. Service should be provided for Truist on CSC.

**Documents Requested**

Specifically, EuroChem's subpoenas in the form attached hereto as Exhibit 7 to the Banks seeking:

A. Copies of any orders, instructions or wire transfers received from any person or entity (including but not limited to, any payor/transferor bank to a payee/ transferee bank) for the benefit or credit of, or with any reference to "OneSource" or "OneSource Services LLC," including but not limited to the September 29, 2023 fraudulent transfer to the Truist Account 121008146207, which is the subject of Truist Bank Fraud Case File # UFO 00000128668. This includes both incoming and outgoing transactions.

B. Copies of any documents held by Truist which evidence the receipt, disposition and present status of the funds wired by Applicant from its account bat Chase to the account at Truist Bank in Wilson, North Carolina, Account # 1210008146207, under the name of OneSource Services LLC.

C. Copies of any orders, instructions or wire transfers received from any person or entity (including but not limited to, any payor/transferor bank to a payee/ transferee bank) for the benefit or credit of, or with any reference to any "OneSource" or "OneSource Services LLC", including but not limited to the fraudulent transaction. This includes both incoming and outgoing transactions.

D. Copies of any orders, instructions or wire transfers received from any person or entity (including but not limited to, any payor/transferor bank to a payee/ transferee bank) for the benefit or credit of, or with any reference to any "OneSource" or "OneSource Services LLC", including but not limited to the fraudulent transaction.

E. Copies of any other documents in the possession of the banks relating to "One Source" or "OneSource Services LLC" in which the banks have acted in any capacity, together with any electronic and/or paper records thereof for the period beginning January 1, 2023 to the present.

F. Copies of any other documents in the possession of the banks relating to "OneSource" or "OneSource Services LLC," including the bank account opening and closing documents for Account # 1210008146207, under the name of OneSource Services LLC, all signatory cards for such account, and all correspondence relating in any way to "OneSource" or "OneSource Services LLC."

G. Copies of all correspondence, including all communications via SWIFT, between Chase and Truist, and between Truist and any other financial institution, relating to the funds wired by Applicant into Account # 1210008146207, under the name of OneSource Services LLC.

H. Any other documents held by the Banks relating to the $600,000 wired by Applicant from its account at Chase to account # 1210008146207 at Truist Bank under the name of OneSource Services LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 1, 2024

VLADIMIR TROFIMCHUK