**From:** John Fitzpatrick
**Sent:** Wednesday, September 27, 2023 8:18:36 AM
**To:** Vladimir.Trofimchuk@eurochemgroup.ae
**Subject:** OneSource Jul August Sept Invoice # 270923

Dear Vladimir!

Attached please find the invoice for July, August and September.

Spasibo!

Best Regards,

John

OneSource

**EuroChem Group AG**
**Baarerstrasse 37, 6300**
**Zug, Switzerland**

**Re: Lobbying, Consulting and Governmental Affairs Services Agreement**
**Dated: September 27, 2023**
**Invoice: 270923**

**INTERIM BILL**

---

**For Professional Services Rendered From: July 1, 2023 To September 30, 2023**

---

| | |
|---|---|
| **3 Monthly Payments-Per Agreement** | **$600,000.00** |
| **Approved Costs and Disbursements Advanced** | **.00** |
| **Total Due** | **$600,000.00** |

**TERMS & CONDITIONS:**

**Please wire funds to:**
**OneSource**
**505 Quincy Shore Drive**
**Quincy, Massachusetts 02171 USA**
**Phone + 1-617-312-2769**

**TD Bank Local Branch: 516 Adams Street**
**Quincy, Massachusetts 02169 USA**
**24 hour Phone + 1-888-751-9000**

**Checking Account # 8255203221**
**Routing # 2113-70545**
**Fedwire, IBAN - ABA # 031101266**
**SWIFT CODE / BIC CODE: NRTHUS33XXX**

***THANK YOU!***