27 сент. 2023 г., в 22:08, John Fitzpatrick <jfitzpatrick@onesource-service.com> написал(а):

Dear Vladimir!

I hope this email finds you well. I wanted to touch base and kindly request confirmation on when you will be settling the payment for the July, August, and September invoices.

Before proceeding with the payment, I have been informed by our account department that our current account is no longer in use and cannot receive any payments. In order to ensure that the payment reaches us correctly, could you please confirm so that I may provide you with our active remittance information?

Thank you for your attention to this matter.

Spasibo!

Best Regards,

John