**From:** Vladimir.Trofimchuk@eurochemgroup.ae <Vladimir.Trofimchuk@eurochemgroup.ae>
**Sent:** Wednesday, September 27, 2023 2:12:28 PM
**To:** John Fitzpatrick
**Subject:** Re: OneSource Jul August Sept Invoice # 270923

Hi John I received your updated bill a couple of hours ago, should I pay that one?

С уважением,
Трофимчук Владимир

This communication and any attachments contain information which is confidential and may be subject to legal privilege. Any unauthorized use, dissemination or copy of the information in this email is strictly prohibited. It is for intended recipients only. If you are not the intended recipient you must not copy, distribute, publish, rely on or otherwise use it without our consent. Some of our communication may contain information, the disclosure or use of which without authority could constitute a criminal offence. If you have received this email in error, please notify the sender immediately and delete the email from your computer. The Company reserves the right to monitor all email communications for compliance with legal, regulatory and professional standards. Please note that this email has been created in the knowledge that internet email is not a 100% secure communication medium and you accept that you understand these risks when emailing us. Although we have taken appropriate steps to ensure that this email and any attachments are free from viruses, we recommend that you take your own precautions. The Group's Privacy Notice explains the most important aspects of the EU General Data Protection Regulation (EU GDPR) 2016/679 and describes how we use your personal information and the rights you have in relation to this information. We invite you to consult both our updated Personal Data Protection Policy and our Privacy Notice. If after reading this letter, or after carefully considering our Privacy Notice, you have any concerns or queries, please inform the sender of this email or your primary EuroChem contact.