**From:** John Fitzpatrick <jfitzpatrick@onesource-service.com>
**Sent:** Wednesday, September 27, 2023 11:21 AM
**To:** Vladimir Trofimchuk
**Subject:** Re: OneSource Jul August Sept Invoice # 270923
**Attachments:** OneSource Jul August Sept Invoice # 270923.pdf

Vladimir!

Yes, please proceed with payment to the attached updated account information.

Thank you for your your help.

Spasibo!

Best Regards,

John