OneSource

EuroChem Group AG
Baarerstrasse 37, 6300
Zug, Switzerland

Re: Lobbying, Consulting and Governmental Affairs Services Agreement
Dated: September 27, 2023
Invoice: 270923

INTERIM BILL

---

For Professional Services Rendered From: July 1, 2023 To September 30, 2023

---

| | |
|---|---|
| Monthly Payment Per Agreement | $600,000.00 |
| Approved Costs and Disbursements Advanced | .00 |
| Total Due | $600,000.00 |

TERMS & CONDITIONS:

Please wire funds to:
OneSource
505 Quincy Shore Drive
Quincy, Massachusetts 02171 USA

Truist Bank Local Branch: 200 Pine St W
Wilson NC 27893 USA

Checking Account # 1210008146207
Fedwire, IBAN - ABA # 055003308
SWIFT CODE / BIC CODE: BRBTUS33

***THANK YOU!***