# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

### Entity Details

**ENTITY NAME:** TRUIST BANK
**DOS ID:** 4461303
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 09/19/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 09/19/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 03/01/1974
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 09/30/2025
**JURISDICTION:** NORTH CAROLINA, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** CORPORATION SERVICE COMPANY

**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:** WILLIAM H. ROGERS JR.

**Address:** 214 NORTH TRYON STREET, CHARLOTTE, NC, UNITED STATES, 28202

#### Principal Executive Office Address

**Address:** 214 NORTH TRYON STREET, CHARLOTTE, NC, UNITED STATES, 28202

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

# Department of State
## Division of Corporations

### Entity Name History

Return to Results Return to Search

**Entity Details**

**ENTITY NAME:** TRUIST BANK
**DOS ID:** 4461303
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 09/19/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 09/19/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 03/01/1974
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 09/30/2025
**JURISDICTION:** NORTH CAROLINA, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Document Type | Entity Name | File Number |
|---|---|---|---|
| 09/19/2013 | APPLICATION OF AUTHORITY | BRANCH BANKING AND TRUST COMPANY | 130919000602 |
| 01/15/2020 | CERTIFICATE OF AMENDMENT | TRUIST BANK | 200115000494 |

Rows per page: 5 1-2 of 2

# Department of State
## Division of Corporations

## Entity Assumed Name History

Return to Results Return to Search

**Entity Details**

**ENTITY NAME:** TRUIST BANK
**DOS ID:** 4461303
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 09/19/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 09/19/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 03/01/1974
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 09/30/2025
**JURISDICTION:** NORTH CAROLINA, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY NAME HISTORY FILING HISTORY MERGER HISTORY ASSUMED NAME HISTORY

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|---|---|---|---|---|
| 03/19/2020 | BB&T CAPITAL MARKETS | 489597 | Active | |

Rows per page: 5 1-1 of 1